UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re the Matter of the Estate of DANIEL D. TAYLOR, SR., <br><br>Decedent. | No. CV 18-4639 GW(AGRx) <br><br>**ORDER RE: STIPULATION** <br><br>Hon. George Wu |

    Based on the stipulation entered into by Petitioner Jean Wallace and Special Administrator Derek Hudson (collectively, "Petitioners") and real party-defendant in interest Benjamin S. Carson Sr., in his official capacity as Secretary of the U.S. Department of Housing and Urban Development ("HUD"),

    IT IS HEREBY ORDERED THAT HUD be dismissed from the above-captioned action with prejudice, and each side shall bear their own costs, fees and expenses.

IT IS FURTHER ORDERED THAT the subject action is hereby remanded back to the Probate Division of the Los Angeles Superior Court from which it was removed. Petitioners' claims against all non-federal parties shall be unimpaired by this Order.

Dated: June 27, 2018

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

Submitted by:

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division

  */s/ Tim Laske*
TIM L. LASKE
Assistant United States Attorney

Attorneys for Real Party-Defendant in Interest
Benjamin S. Carson Sr., Secretary of Housing
and Urban Development